**Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 27, 2020.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-20-00471-CV

---

## IN RE ROBERT FOSSIER, Relator

---

### ORIGINAL PROCEEDING
### WRIT OF MANDAMUS
### 149th District Court
### Brazoria County, Texas
### Trial Court Cause No. 103023-CV

---

## MEMORANDUM OPINION

On July 1, 2020, relator Robert Fossier filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Terri Holder, presiding judge of the 149th District Court of Brazoria County, to vacate her May 15, 2020 order compelling Fossier to have a physical examination in the underlying personal injury suit.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Christopher, Jewell, and Hassan.